UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Donald S. Hunter, Sr.
3311 Valley Forest Drive
Upper Marlboro, MD 20772
Plaintiff,

v.

Civil Action No. 1:07-cv-01268 PLF

Condoleeza Rice, Secretary
United States Department of State
2201 C Street, N.W.
Washington, D.C. 20520
Defendant.

## AFFIDAVIT OF SERVICE

I, Donald S. Hunter, Sr., hereby declare that on the 12th day of October, 2007, I mailed a copy of the summons and complaint, certified mail return receipt requested, to Condoleeza Rice. Attached hereto is the certified green card acknowledging service.

[Certified mail return receipt card attached showing:
- Article Addressed to: Condoleeza Rice, Secretary, U.S. Dept of State, 2201 C Street NW, Wash. D.C. 20520
- Article Number: 7005 0390 0005 0020 4568
- PS Form 3811, February 2004, Domestic Return Receipt]

October 23, 2007

Donald S. Hunter, Sr.
3311 Valley Forest Drive
Upper Marlboro, MD 20772
Hm 301 967-0101
Wk 703 875-4655



Home | Help

Track & Confirm

# Track & Confirm

## Search Results

Label/Receipt Number: **7005 0390 0005 0020 4544**
Detailed Results:

- **Delivered, October 16, 2007, 5:44 am, WASHINGTON, DC 20530**
- **Notice Left, October 16, 2007, 3:46 am, WASHINGTON, DC 20530**
- **Arrival at Unit, October 16, 2007, 2:46 am, WASHINGTON, DC 20022**
- **Acceptance, October 12, 2007, 2:43 pm, WASHINGTON, DC 20515**

( < Back )    ( Return to USPS.com Home > )

**Track & Confirm**
Enter Label/Receipt Number.

## Notification Options

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email.    ( Go > )

 POSTAL INSPECTORS
Preserving the Trust

site map    contact us    government services    jobs    **National & Premier Accounts**
Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use    Privacy Policy



U.S. Postal Service™
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

| | | |
|---|---|---|
| Postage | $1.65 | 1425 |
| Certified Fee | $2.65 | 05 |
| Return Receipt Fee (Endorsement Required) | $2.15 | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | $0.00 | |
| Total Postage & Fees | $6.45 | 10/12/2007 |

Sent To: U.S. Attorney General DOJ
Street, Apt. No.; or PO Box No.: 950 Penn Ave N.W.
City, State, ZIP+4: WASH DC 20530

PS Form 3800, June 2002    See Reverse for Instructions

7005 0390 0005 0020 4544

http://trkcnfrm1.smi.usps.com/PTSInternetWeb/InterLabelDetail.do    10/23/2007