UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Donald S. Hunter, Sr.
3311 Valley Forest Drive
Upper Marlboro, MD 20772
Plaintiff,                                    *
                                              *
                                              *
v.                                            *   Civil Action No. 1:07-cv-01268 PLF
                                              *
Condoleeza Rice, Secretary                    *
United States Department of                   *   **RECEIVED**
State                                         *
2201 C Street, N.W.                           *   OCT 3 1 2007
Washington, D.C. 20520                        *
Defendant.                                    *   NANCY MAYER WHITTINGTON, CLERK
*   *   *   *   *   *   *   *   *   *   *         U.S. DISTRICT COURT

## AFFIDAVIT OF SERVICE

I, Donald S. Hunter, Sr., hereby declare that on the 12th day of October, 2007, I mailed a copy of the summons and complaint, certified mail return receipt requested, to the U.S. Attorney General, DOJ. Attached hereto is the certified green card acknowledging service.

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _[signature]_  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery<br>OCT 1 6 2007 |
| 1. Article Addressed to:<br>U.S. Attorney General<br>DOJ<br>950 Penn Ave NW<br>Wash DC 20530 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☐ Certified Mail  ☐ Express Mail<br>☐ Registered  ☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | |

PS Form 3811, February 2004     Domestic Return Receipt     102595-02-M-15

October 25, 2007

_[signature]_ Donald S Hunter, Sr.
Donald S. Hunter, Sr.
3311 Valley Forest Drive
Upper Marlboro, MD 20772
Hm 301 967-0101
Wk 703 875-4655