```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA
```

DONALD S. HUNTER, SR.,          )
  3311 VALLEY FOREST DRIVE     )
  UPPER MARLBORO, MD 20772     )
                                       )
       Plaintiff,            )
                                     )
   v.                           )
                                   ) Civil Action No. 07-1268(PLF)
CONDOLEEZA RICE,                )
  SECRETARY OF STATE,           )
  U.S. DEPT. OF STATE           )
  2201 C Street, NW             )
  Washington, D.C. 20520        )
                                   )
       Defendant.            )

<u>PRAECIPE</u>

The Clerk will please enter the appearance of Assistant United States Attorney Karen L. Melnik as counsel for the defendant in this action.

                              Respectfully submitted,

                               _____/s/_____
                               JEFFREY A. TAYLOR
                               United States Attorney
                               D.C. Bar #498610


                             _____/s/_____
                             KAREN L. MELNIK D.C. BAR #436452
                             Assistant United States Attorney
                             U.S. Attorney's Office for the
                             District of Columbia
                             Civil Division
                             555 Fourth Street, N.W.
                             Washington, D.C. 20530
                             (202) 307-0338 (O)
                             (202) 514-8780 (Fax)

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that service of the foregoing praecipe has been made via ECF and/or mail to plaintiff at the following address on December 21, 2007.

```
DONALD S. HUNTER SR.
3311 Valley Forest Drive
Upper Marlboro, MD 20772
```

/s/
KAREN L. MELNIK D.C. BAR #436452
Assistant United States Attorney
U.S. Attorney's Office for the District of
    of Columbia
Civil Division
555 Fourth Street, N.W. Rm. E-4112
Washington, D.C. 20530
(202) 307-0338