UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DONALD S. HUNTER, SR., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 07-1268 (PLF) |
| | ) |
| CONDOLEEZZA RICE, Secretary, | ) |
| United States Department of State, | ) |
| | ) |
| Defendant. | ) |

ORDER

Plaintiff filed this employment discrimination suit under Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e *et seq.*, on July 17, 2007. Plaintiff, who is proceeding *pro se*, filed affidavits of service on October 24, 2007 and October 31, 2007, reporting that copies of the summons and complaint in this case were mailed to Secretary of State Rice and the Attorney General of the United States.

> Rule 4(i) of the Federal Rules of Civil Procedure states that:
>
> Service [of process] on an agency or corporation of the United States, or an officer or employee of the United States sued only in an official capacity, is effected by serving the United States in the manner prescribed by Rule 4(i)(1) and by also sending a copy of the summons and complaint by registered or certified mail to the officer, employee, agency, or corporation.

FED. R. CIV. P. 4(i)(2)(A). Rule 4(i)(1) directs that service upon the United States shall be effected:

> (A) by delivering a copy of the summons and of the complaint to the United States attorney for the district in which the action is

> brought or to an assistant United States attorney or clerical employee designated by the United States attorney in a writing filed with the clerk of the court or by sending a copy of the summons and of the complaint by registered or certified mail addressed to the civil process clerk at the office of the United States attorney and
>
> (B) by also sending a copy of the summons and of the complaint by registered or certified mail to the Attorney General of the United States at Washington, District of Columbia[.]

FED. R. CIV. P. 4(i)(1). Plaintiff's current attempt at service does not comply with the rule because he has not served the United States Attorney for the District of Columbia.

> Rule 4 of the Federal Rules of Civil Procedure further provides that:
>
> If service of the summons and complaint is not made upon a defendant within 120 days after the filing of the complaint, the court, upon motion or on its own initiative after notice to the plaintiff, shall dismiss the action without prejudice as to that defendant or direct that service be effected within a specified time; provided that if the plaintiff shows good cause for the failure, the court shall extend the time for service for an appropriate period.

FED. R. CIV. P. 4(m). Rule 4 further provides that the Court "must allow a party a reasonable time to cure its failure to . . . serve a person required to be served under Rule 4(i)(2), if the party has served either the United States attorney or the Attorney General of the United States." Plaintiff has filed an affidavit of service on the Attorney General. Accordingly, the Court will extend plaintiff's time in which to serve the United States Attorney for the District of Columbia; but the Court will not extend this deadline indefinitely.

Accordingly, it is hereby

ORDERED that plaintiff shall effect service of process in accordance with Rule 4 of the Federal Rules of Civil Procedure; and it is

FURTHER ORDERED that, on or before January 15, 2008, plaintiff shall either file proof of such service to be filed with the Court, or file a status report with the Court advising why service has not been made. If proof of service is not filed by that date and plaintiff does not show good cause for his failure to effect service, the Court may dismiss the case under Rule 4(m) of the Federal Rules of Civil Procedure.

SO ORDERED.

_____/s/_____
PAUL L. FRIEDMAN
United States District Judge

DATE: December 21, 2007