UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Donald S. Hunter, Sr.
3311 Valley Forest Drive
Upper Marlboro, MD 20772
Plaintiff,

v.

Civil Action No. 1:07-cv-01268 PLF

Condoleeza Rice, Secretary
United States Department of State
2201 C Street, N.W.
Washington, D.C. 20520
Defendant.

## STATUS REPORT

I, Donald S. Hunter, Sr., hereby declare that on the 12th day of October, 2007, I mailed a copy of the summons and complaint, certified mail return receipt requested, to U.S. Attorney for the District of Columbia located at: 501 Third Street, NW, Washington DC 20001. Attached hereto is the U.S. Postal Service track & confirm search results for #7005 0390 0005 0020 4575 that shows deliver was made on the 24th day of October, 2007. The U.S. Postal Service did not return to the Plaintiff a signed certified green card acknowledging service completed.

January 4, 2008

Donald S. Hunter, Sr.
3311 Valley Forest Drive
Upper Marlboro, MD 20772
Hm 301 967-0101
Wk 703 875-4655

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 4th day of January, 2008, a true and correct copy of the Status Report was served upon the Defendant Counsel by first class United States mail, postage prepared, marked for delivery to:

KAREN L. MELNIK D.C. Bar #436452
Assistant United States Attorney
United States Attorney's Office
Civil Division
555 4th Street, N.W. – Room E-4112
Washington, DC 20530

January 4, 2008

Donald S. Hunter, Sr.
3311 Valley Forest Drive
Upper Marlboro, MD 20772
Hm 301 967-0101
Wk 703 875-4655

 UNITED STATES POSTAL SERVICE

Home | Help

Track & Confirm

# Track & Confirm

## Search Results

Label/Receipt Number: **7005 0390 0005 0020 4575**
Status: **Delivered**

Your item was delivered at 4:34 am on October 24, 2007 in WASHINGTON, DC 20530. A proof of delivery record may be available through your local Post Office for a fee.

Additional information for this item is stored in files offline.

( Restore Offline Details > ) (?)   ( Return to USPS.com Home > )

**Track & Confirm**
Enter Label/Receipt Number.

Site Map   Contact Us   Forms   Gov't Services   Jobs   Privacy Policy   Terms of Use   National & Premier Accounts

Copyright© 1999-2007 USPS. All Rights Reserved.   No FEAR Act EEO Data   FOIA   



http://trkcnfrm1.smi.usps.com/PTSInternetWeb/InterLabelInquiry.do

1/3/2008

**Hunter, Donald S**

| | |
|---|---|
| From: | U.S._Postal_Service_ [U.S._Postal_Service@usps.com] |
| Sent: | Friday, January 04, 2008 1:30 AM |
| To: | Hunter, Donald S |
| Subject: | U.S. Postal Service Track & Confirm email Restoration - 7005 0390 0005 0020 4575 |

This is a post-only message. Please do not respond.

Donald Hunter has requested that you receive this restoration information for Track & Confirm as listed below.

Current Track & Confirm e-mail information provided by the U.S. Postal Service.

Label Number: 7005 0390 0005 0020 4575

Service Type: Certified

| Shipment Activity | Location | Date & Time |
|---|---|---|
| Delivered | WASHINGTON DC 20530 | 10/24/07  4:34am |
| Forwarded | WASHINGTON DC 20001 | 10/20/07 10:51am |
| Forwarded | WASHINGTON DC 20001 | 10/15/07  2:37pm |
| Arrival at Unit | WASHINGTON DC 20001 | 10/15/07  2:33pm |
| Acceptance | WASHINGTON DC 20515 | 10/12/07  2:44pm |

USPS has not verified the validity of any email addresses submitted via its online Track & Confirm tool.

For more information, or if you have additional questions on Track & Confirm services and features, please visit the Frequently Asked Questions (FAQs) section of our Track & Confirm site at http://www.usps.com/shipping/trackandconfirmfaqs.htm

1