UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Donald S. Hunter, Sr.
3311 Valley Forest Drive
Upper Marlboro, MD 20772
Plaintiff,

v.

Civil Action No. 1:07-cv-01268 PLF

Condoleeza Rice, Secretary
United States Department of State
2201 C Street, N.W.
Washington, D.C. 20520
Defendant.

## AFFIDAVIT OF SERVICE

I, Donald S. Hunter, Sr., hereby declare that on the 12th day of October, 2007, I mailed a copy of the summons and complaint, certified mail return receipt requested, to U.S. Attorney for the District of Columbia. Attached hereto is the certified green card acknowledging service

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
U.S. Attorney
501 3rd St NW
Wash D.C. 20001

2. Article Number (Transfer from service label)
7005 0390 0005 0020 4575

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature]
☐ Agent
☐ Addressee

B. Received by (Printed Name)
OCT 2 4 2007

C. Date of Delivery

D. Is delivery address different from item 1?   ☐ Yes
If YES, enter delivery address below:   ☐ No

3. Service Type
☐ Certified Mail   ☐ Express Mail
☐ Registered      ☐ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

January 14, 2008

[signature]
Donald S. Hunter, Sr.
3311 Valley Forest Drive
Upper Marlboro, MD 20772
Hm 301 967-0101
Wk 703 875-4655