UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DONALD S. HUNTER, SR.,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | Civil Action No. 07-1268 (PLF) |
| v. ) | ECF |
| ) | |
| **CONDOLEEZZA RICE,** ) | |
| **Secretary of State,** ) | |
| ) | |
| **Defendant.** ) | |

## NOTICE OF SUBSTITUTION OF COUNSEL

The Clerk of the Court will please enter the appearance of Assistant United States Attorney Mercedeh Momeni, and withdraw the appearance of Karen Melnik as counsel for defendant in this action.

Respectfully submitted,

__/s/_____
MERCEDEH MOMENI
Assistant United States Attorney
555 4th Street, NW
Washington, DC 20530
(202) 305-4851
(202) 514-8780 (facsimile)

CERTIFICATE OF SERVICE

I hereby certify that on this 3rd day of March, I caused the foregoing Substitution of Counsel served on Plaintiff , **Donald S. Hunter, Sr.,** via first-class mail, postage prepaid, and addressed as follows:

        **Donald S. Hunter, Sr.**
        **3311 Valley Forest Drive**
        **Upper Marlboro, MD 20772**

        __/s/_____
        MERCEDEH MOMENI
        Assistant United States Attorney
        555 4th Street, NW
        Washington, DC 20530
        (202) 305-4851