UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| DONALD S. HUNTER, SR., | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civil Action No. 07-1268 (PLF) |
| CONDOLEEZZA RICE, Secretary, United States Department of State, | ) ) ) ) | |
| Defendant. | ) ) | |

SCHEDULING ORDER

The parties appeared for a status conference on May 14, 2008. Based upon the Rule 16.3 Joint Report submitted to the Court and the representations of the parties, it is hereby ORDERED that

1. Any motion to amend the pleadings or join additional parties shall be made by May 28, 2008.

2. Discovery shall be completed by October 31, 2008. The parties must resolve all discovery disputes or bring them to the Court's attention in a timely manner so as to allow sufficient time for the completion of discovery by this date.

3. Each party is limited to a maximum of 25 interrogatories to any other party. Responses to all interrogatories are due 30 days after service.

4. Each party is limited to a maximum of 25 requests for admissions to any other party. Responses to all requests for admissions are due 30 days after service.

5. Each party is limited to a maximum of 25 requests for production of

documents to any other party. Responses to all requests for production of documents are due 30 days after service.

      6.      Each party is limited to a maximum of 5 depositions.

      7.      Disclosures pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure shall be made by June 3, 2008.

      8.      Disclosures of plaintiff's retained experts pursuant to Rule 26(a)(2)(B) of the Federal Rules of Civil Procedure are due by August 29, 2008.

      9.      Disclosures of defendant's retained experts pursuant to Rule 26(a)(2)(B) of the Federal Rules of Civil Procedure are due by September 30, 3008.

      10.      Depositions of each party's retained experts shall be completed by October 31, 2008.

      11.      Dispositive motions shall be filed on or before December 31, 2008; oppositions by February 17, 2009; and replies, if any, by March 16, 2009.

      12.      The parties are required to confer in good faith in an effort to resolve all discovery disputes before bringing the dispute to the Court. If the parties are unable to resolve the discovery dispute, counsel shall arrange a telephone conference with the Court by contacting chambers. The parties shall not file a discovery motion without a prior conference with the Court and the opposing party.

      13.      A further status conference is scheduled for November 6, 2008, at 9:15 a.m.

      14.      The parties are expected to evaluate their respective cases for settlement purposes. Submission to alternative dispute resolution, e.g., mediation or neutral evaluation, is

encouraged and is available by request of the Court at any time, as is a settlement conference before a magistrate judge. If the case settles in whole or in part, plaintiff shall advise the Court by promptly filing a stipulation.

15. The parties are reminded to comply with Local Civil Rule 7(m), which requires counsel to confer on all nondispositive motions prior to filing them with the Court. See LCvR 7(m). The party filing the motion shall include in its motion a statement that the required discussion occurred and a statement as to whether the motion is opposed.

SO ORDERED.

_____/s/_____
PAUL L. FRIEDMAN
United States District Judge

DATE: May 14, 2008