UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                                      )
DONALD S. HUNTER, SR.,                    )
                                                      )
                 Plaintiff,                      )
                                                      )
        v.                                          )        Civil Action No. 07-1268 (PLF)
                                                      )
CONDOLEEZZA RICE, Secretary,       )
        United States Department of State,  )
                                                      )
                 Defendant.                    )
_____)


ORDER

        The parties appeared for a status conference on May 14, 2008.  At the request of

the plaintiff, it is hereby

        ORDERED that the two claims in plaintiff's complaint arising from non-

selections or failures-to-promote, see Complaint at 2, are DISMISSED WITHOUT PREJUDICE.

        SO ORDERED.


                                        _____/s/_____
                                        PAUL L. FRIEDMAN
                                        United States District Judge


DATE:  May 14, 2008