UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                                    )
DONALD HUNTER, SR.,                    )
                                                    )
       Plaintiff,                              )
                                                    )
       v.                                         )   Civil Action No. 07-1268
                                                    )
HILLARY RODHAM CLINTON,           )
  *Secretary, United States Department of State*, )
                                                    )
       Defendant.[1]                          )
_____)


ORDER

For the reasons explained in the Opinion issued this same day it is hereby

ORDERED that defendant's motion for summary judgment [21] is GRANTED and judgment is entered for the defendant on all claims; it is

FURTHER ORDERED that the Clerk of the Court shall remove this case from the docket of the Court. This is a final appealable order. See FED. R. APP. P. 4(a).

SO ORDERED.

/s/_____
PAUL L. FRIEDMAN
United States District Judge

DATE: September 15, 2009

---

[1]   The Court has substituted Secretary of State Clinton as defendant in place of former Secretary Condoleezza Rice pursuant to Rule 25(d) of the Federal Rules of Civil Procedure.